UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRUCE BIRCH,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>PAM DELPORTO, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:19-cv-00655-MMD-CLB<br><br>ORDER |

## I.　DISCUSSION

In its July 30, 2020 Screening Order, the Court dismissed his complaint with leave to amend the access to the courts claim and ordered Plaintiff to file his amended complaint within 30 days of the date of that order. (ECF No. 14 at 12). Plaintiff filed a motion for an extension of time of 60 days to file his amended complaint. (ECF No. 17 at 1). The Court granted Plaintiff an extension of time until October 28, 2020 to file an amended complaint. (ECF No. 18). Plaintiff has now filed another motion for an extension of time. He seeks a 60-day extension of time because, among other reasons, there has been reduced access to the law library due to COVID-19. (ECF No. 26). Based solely on Plaintiff's representation that he has reduced library access, the Court grants the motion. However, the Court notes that Plaintiff now will have had five months to file an amended complaint, and the Court is not likely to look favorably upon any further requests for an extension of time. The occurrence of intervening holidays will not be an excuse for

1

failing to comply with the Court's deadline. Plaintiff is reminded that he may not amend the complaint to add unrelated claims against other defendants and that an amended complaint does not include new claims based on events that have taken place since the original complaint was filed.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's second motion for extension of time (ECF No. 26) is granted. Plaintiff shall file his amended complaint on or before December 28, 2020.

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint by December 28, 2020, this action shall be dismissed for failure to state a claim.

DATED THIS 27th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE