UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BRUCE BIRCH,

                                    Plaintiff,

        v.

PAM DELPORTO, *et al.*,

                                    Defendants.

Case No. 3:19-cv-00655-MMD-CLB

ORDER

The Court previously ordered Plaintiff to file his amended complaint by December 28 2020.  (ECF No. 27).  However, the Court has been notified that Plaintiff was hospitalized.  Therefore, Plaintiff is *sua sponte* granted an extension of time until February 26, 2021 to file an amended complaint.

IT IS THEREFORE ORDERED that Plaintiff shall file any amended complaint on or before February 26, 2021.

IT IS FURTHER ORDERED that failure to comply with this order may result in dismissal of this action for failure to state a claim.

DATED:  January 6, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

1